IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT WILLIAM WING,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-1494

v.

MONICA D'ARCIO WING,
FORMER WIFE,

Appellee.

_____/

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Brian P. North, Mary Esther, for Appellant.

Corrine A. Bylund of Zisser, Brown, Nowlis, & Cabrey, P.A., Jacksonville, for
Appellee.

PER CURIAM.

        AFFIRMED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.